1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ELYNA DANIELLE CARRASCO CEBALLOS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:17-mj-00020-MJS
12 | Plaintiff, | **MOTION TO VACATE FEBRUARY 27, 2018 REVIEW HEARING; ORDER**
13 | vs. |
14 | ELYNA DANIELLE CARRASCO CEBALLOS, |
15 | |
16 | Defendant. |

17

18       Defendant Elyna Danielle Carrasco Ceballos hereby requests that the Court vacate the

19 February 27, 2018 review hearing. The Government is in agreement with the request.

20       On March 21, 2017, pursuant to a deferred entry of judgment, the Court sentenced Ms.

21 Ceballos to twelve months of unsupervised probation, with the conditions that she obey all laws

22 and advise the Court and Government within seven days of being cited or arrested for any

23 alleged violation of law. Ms. Ceballos was also ordered to pay a $1000 fine within the first ten

24 months.

25       Ms. Ceballos has paid her fine in full, and she has not had any new law violations.

26 Accordingly, Ms. Ceballos requests that the February 27, 2018 review hearing be vacated.

27  //

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ELYNA DANIELLE CARRASCO CEBALLOS

## **O R D E R**

Based on the parties' joint representation that Ms. Ceballos is in compliance with the conditions of her probation, the Court vacates the February 27, 2018 review hearing.

IT IS SO ORDERED.

Dated: February 21, 2018          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE