1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ELYNA DANIELLE CARRASCO CEBALLOS
7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 6:17-mj-00020-MJS |
|---|---|---|
| 12 | Plaintiff, | **MOTION TO DISMISS COUNT 1; ORDER** |
| 13 | vs. | |
| 14 | ELYNA DANIELLE CARRASCO CEBALLOS, | |
| 15 | | |
| 16 | Defendant. | |

17       Defendant ELYNA DANIELLE CARRASCO CEBALLOS hereby files this motion to

18  dismiss Count 1 pursuant to 18 U.S.C. § 3607(a).  The Government does not oppose this request.

19       On March 21, 2017, Ms. Ceballos pleaded guilty to possession of a controlled substance

20  in violation of 36 C.F.R. § 2.35(b)(2).  Pursuant to the agreement of the parties, the Court

21  granted Ms. Ceballos a deferred entry of judgment under 18 U.S.C. § 3607(a).  On February 21,

22  2018, the Court vacated Ms. Ceballos's review hearing, as Ms. Ceballos had fully complied with

23  the terms of her probation.  Ms. Ceballos's probation expired on March 21, 2018.

24       Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25  not violated a condition of his probation, the court shall, without entering a judgment of

26  conviction, dismiss the proceedings against the person and discharge him from probation." 18

27  U.S.C. § 3607(a).  Here, Ms. Ceballos's term of probation has now expired, and she did not

28  violate any condition of her probation.  Accordingly, Ms. Ceballos requests that the Court,

without entering a judgment of conviction, dismiss the proceedings.

                                               Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

Date: April 18, 2018                      */s/ Hope Alley*
                                               HOPE ALLEY
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               ELYNA DANIELLE CARRASCO CEBALLOS

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Carrasco Ceballos*, Case No. 6:17-mj-00020-MJS.

Dated:  April 18, 2018                         /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE